**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **Roni Gonzalez,** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **Civil Action No. 4:19-cv-00230** |
| | § | |
| **Mayhill Behavioral Health, LLC** | § | |
| *Defendant*. | § | |

**ORDER**

This matter is before the Court on Defendant Mayhill Behavioral Health, LLC's ("Defendant" or "Mayhill") *Federal Rule of Civil Procedure 12(b)(1) Motion to Dismiss* ("Motion to Dismiss") [Doc. 5].

The Court, having considered the *Motion to Dismiss*, any Response by Plaintiff Roni Gonzalez ("Plaintiff" or "Gonzalez"), any reply by Mayhill, as well as the argument of counsel, is of the opinion that Mayhill's *Motion to Dismiss* should be **GRANTED**. It is therefore

**ORDERED** that Gonzalez shall arbitrate her claims against Mayhill in accordance with arbitration requirement in the parties' *Alternative Resolution of Conflicts Agreement*. It is further

**ORDERED** that Gonzalez's claims against Mayhill are hereby dismissed without prejudice.